UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    James P. Muehlbauer
      fdba Harrington Graphics

Case No.: 1-95-14149-MJK
Chapter: 7

SSN: xxx-xx-9445

Debtor(s)

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The Clerk of the United States Bankruptcy Court deposited the sum of $204.19 into the Treasury of the United States on March 19, 1999, under receipt number 11017070, representing unclaimed funds. It appears from the application of the creditor, Dilks & Knopik, LLC as Assignee to PNC Bank, National Association, by and through Dilks & Knopik, LLC, that said funds are properly due and payable to Dilks & Knopik, LLC as Assignee to PNC Bank, National Association. Therefore, it is hereby

**ORDERED**, that the sum of $204.19 be withdrawn from the United States Treasury and the Clerk of Court is directed to submit a payment voucher for said amount to be paid to Dilks & Knopik, LLC as Assignee to PNC Bank, National Association.

Dated: NOV 2 5 2014

HONORABLE MICHAEL J. KAPLAN
United States Bankruptcy Court



Form FOUNCDIS
www.nywb.uscourts.gov